**SO ORDERED.**

**SIGNED this 30th day of October, 2017.**

LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| **IN RE:**<br>**WALL GROUP INDUSTRIES, INC.**<br>**DEBTOR** | **CHAPTER 11**<br>**CASE NO. 17-80873** |
| **MICHAEL D. OLANDER, JR. individually and derivatively on behalf of Wall Group Industries, Inc., and MDO HOLDINGS, LLC,**<br>**PLAINTIFFS,**<br><br>**v.**<br><br>**FRANK LEE BYRD and WALL GROUP INDUSTRIES, INC.,**<br>**DEFENDANTS.** | **Adv. Pro. No.: 17-09022** |

**CONSENT ORDER ON MOTION TO REMAND WITHOUT PREJUDICE**

THIS MATTER coming before the Court on Debtor's motion to remand without prejudice; and it appearing to the Court that all parties consent to the entry of this Order and that the Motion should be allowed for good cause shown;

IT IS ORDERED that this case be remanded to the Wake County Superior Court and the North Carolina Business Court without prejudice to its subsequent removal.



PPAB 3930272v1

CONSENTED TO:

PARRY TYNDALL WHITE

/s/ James C. White
James C. White, N.C. Bar # 31859
Michelle M. Walker, N.C. Bar # 41664
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
jwhite@ptwfirm.com
(919) 246-4676
(919) 246-9113 fax

*Attorneys for Debtor-in-Possession Wall Group Industries, Inc.*

PARKER POE ADAMS & BERNSTEIN LLP

/s/ Matthew P. Weiner
Matthew P. Weiner, N.C. Bar # 37128
301 Fayetteville Street, Ste 1400
Raleigh, NC 27602
(919)828-0564
mattweiner@parkerpoe.com

*Attorneys for Plaintiffs*

**END OF DOCUMENT**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| **IN RE:**<br>**WALL GROUP INDUSTRIES, INC.**<br>**DEBTOR** | **CHAPTER 11**<br>**CASE NO. 17-80873** |
| **MICHAEL D. OLANDER, JR. individually and derivatively on behalf of Wall Group Industries, Inc., and MDO HOLDINGS, LLC,**<br>**PLAINTIFFS,**<br><br>**v.**<br><br>**FRANK LEE BYRD and WALL GROUP INDUSTRIES, INC.,**<br>**DEFENDANTS.** | **Adv. Pro. No.: 17-09022** |

**PARTIES TO SERVE**

Matthew P. Weiner, Esq.
Parker Poe Adams & Bernstein, LLP
301 Fayetteville St. Suite 1400
Raleigh, NC 27601

James C. White
Parry Tyndall White
100 Europa Dr. Suite 401
Chapel Hill, NC 27517
(By ECF)

William P. Miller
Bankruptcy Administrator
101 S. Edgeworth St.
Greensboro, NC 27401
(By ECF)